### HORNE et al. v. RICKS BROTHERS.

FISH, C. J. The plaintiffs in error asked leave to withdraw the bill of exceptions. The defendants in error moved to open the record and to have damages assessed against the plaintiffs in error for bringing the case to this court for delay only. It does not so clearly appear that the writ of error was sued out for delay only as to require an award of damages. The plaintiffs in error are therefore allowed to withdraw the bill of exceptions, without damages against them.

*All the Justices concur.*

APRIL 12, 1912.

Action for damages. Before Judge Gilbert. Marion superior court. November 2, 1911.

*W. D. Crawford,* for plaintiffs in error. *Jule Felton,* contra.

---

### WILLIAMSON v. EDWARDS.

FISH, C. J. There was no contention that any error of law was committed upon the trial. There was evidence to authorize the verdict. Neither the alleged newly discovered evidence, nor the alleged misconduct of certain jurors, relatively to both of which there was conflicting evidence on the hearing of the motion, required the grant of a new trial.

*Judgment affirmed. All the Justices concur.*

APRIL 12, 1912.

Complaint. Before Judge Gilbert. Taylor superior court. June 13, 1911.

*R. S. Foy* and *C. W. Foy,* for plaintiff.
*Carson & McCutchen,* for defendant.